## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CENTRAL FLYING SERVICE, INC.**                                               **PLAINTIFF**

**VS.**                          **4:17-CV-00005 DPM**

**THE BLURTON GROUP, LLC;**
**PINNACLE FINANCIAL PARTNERS, INC.,**
**successor in interest to MAGNA BANK**                         **DEFENDANTS**

## CONSENT JUDGMENT

Before the Court is the complaint of plaintiff Central Flying Service, Inc. ("CFS") against defendant The Blurton Group, LLC ("Blurton"). Upon consideration of the pleadings, statements of counsel, agreement of the parties, and other evidence and proof, the Court, being fully advised, makes the following findings of fact and conclusions of law and orders as follows:

1. On December 5, 2016, CFS filed its complaint against Blurton seeking monetary damages arising from a breach of contract.

2. The summons and complaint were served by CFS on Blurton within the time and in the manner required by law.

3. The Court has jurisdiction over CFS and Blurton and the subject matter of the complaint.

4. CFS and Blurton have conferred in good faith and have agreed to settle this action pursuant to the terms of a Settlement Agreement and the entry of this Consent Judgment against Blurton. The consent of the parties to the entry of this

1447062-v1

Consent Judgment against Blurton is evidenced by their attorney's approval of this judgment.

5. Judgment is hereby entered in favor of Central Flying Service, Inc. and against The Blurton Group, LLC in the amount of $75,441.01, plus post-judgment interest at the rate of 1.15% per annum.

6. All remaining claims against Blurton and Pinnacle Bank[1] are hereby dismissed with prejudice.

IT IS SO ORDERED, ADJUDGED and DECREED.

*D.P. Marshall Jr.*
THE HONORABLE D.P. MARSHALL, JR.

DATE: 31 May 2017

---

[1] Named as Pinnacle Financial Partners, Inc.

1447062-v1

**Approved as to form and content by:**

BARBER LAW FIRM PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201
(501) 687-1444
FAX: (501) 375-2802
E-MAIL: mhodge@barberlawfirm.com


By /s/ Mark W. Hodge
    Mark W. Hodge (97205)
    *Attorneys for The Blurton Group, LLC*


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 577-2159
FAX (901) 577-0818
E-MAIL: rtom@bakerdonelson.com


By /s/ Robert F. Tom
    Robert F. Tom (2013026)
    *Attorneys for Pinnacle Bank*


WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: ccoleman@wlj.com


By /s/ Charles T. Coleman
    Charles T. Coleman (80030)
    *Attorneys for Central Flying Service, Inc.*